## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE CHRISTIAN | ) | |
| | ) | |
| v. | ) | Civil Action No. DKC 98-371 |
| | ) | |
| MINNESOTA MINING & | ) | |
| MANUFACTURING COMPANY | ) | |

FILED _____ ENTERED
LODGED _____ RECEIVED

MAY - 9 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                          DEPUTY

| | | |
|---|---|---|
| JOAN HARRIS | ) | |
| | ) | |
| v. | ) | Civil Action No. S 97-3107 |
| | ) | |
| MINNESOTA MINING & | ) | |
| MANUFACTURING COMPANY | ) | |

| | | |
|---|---|---|
| MARY BYWATER | ) | |
| | ) | |
| v. | ) | Civil Action No. AW 97-3887 |
| | ) | |
| MINNESOTA MINING & | ) | |
| MANUFACTURING COMPANY | ) | |

| | | |
|---|---|---|
| BRENDA STRICKLAND | ) | |
| | ) | |
| v. | ) | Civil Action No. PJM 97-3791 |
| | ) | |
| MINNESOTA MINING & | ) | |
| MANUFACTURING COMPANY | ) | |

## ORDER

Upon consideration of the Unopposed Motion for Extension of Time to Complete Discovery and To File Dispositive Motions in these four consolidated cases, it appearing to the Court that good cause has been shown, it is hereby

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED, that the schedule set forth in the

Memorandum and Order of February 24, 2000, in this case is modified as follows:

1.   Discovery is to be completed by **June 9, 2000;**

2.   Defendant will file its dispositive motion(s) by **July 7, 2000;**

3.   Plaintiffs' opposition(s) will be due by **August 4, 2000;**

4.   Defendant's reply(ies) will be due, and the motion completely

briefed, by **August 25, 2000.**

DEBORAH K. CHASANOW
United States District Judge

2