IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE CHRISTIAN | * | |
| v. | * | Civil Action No. DKC 98-371 |
| MINNESOTA MINING & MANUFACTURING COMPANY | * | |
| | * | |
| JOAN HARRIS | * | AUG - 9 2000 |
| | * | |
| v. | * | |
| | * | Civil Action No. S 98-3107 |
| MINNESOTA MINING & MANUFACTURING COMPANY | * | |
| MARY BYWATER | * | |
| v. | * | Civil Action No. AW 97-3887 |
| MINNESOTA MINING & MANUFACTURING COMPANY | * | |
| | * | |
| BRENDA STRICKLAND | * | |
| | * | Civil Action No. PJM 97-3791 |
| v. | * | |
| MINNESOTA MINING & MANUFACTURING COMPANY | * | |
| Defendants | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*\*

NOTICE OF SUBSTITUTION OF COUNSEL

DEAR CLERK:

Please be advised that Jodi Hammerman, Esquire is no longer with the firm of

Ashcraft & Gerel, LLP. As such, please substitute William F. Mulroney as counsel for the

Plaintiffs in the above-captioned matters." _Approved_ " this _8th_ day of

_aug_ , 20 _00_ .

_Deborah K. Chasanow_

DEBORAH K. CHASANOW
United States District Judge