IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SUZANNE CHRISTIAN | ) | |
| | ) | |
| v. | ) | Civil Action No. DKC 98-371 |
| | ) | |
| MINNESOTA MINING & MANUFACTURING COMPANY | ) ) ) | |
| | ) | |
| JOAN HARRIS | ) | |
| | ) | |
| v. | ) | Civil Action No. S. 97-3105 |
| | ) | |
| MINNESOTA MINING & MANUFACTURING COMPANY | ) ) | |
| | ) | |
| MARY BYWATER | ) | |
| | ) | |
| v. | ) | Civil Action No. AW 97-3887 |
| | ) | |
| MINNESOTA MINING & MANUFACTURING COMPANY | ) ) ) | |
| | ) | |
| BRENDA STRICKLAND | ) | |
| | ) | |
| v. | ) | Civil Action No. PJM 97-3791 |
| | ) | |
| MINNESOTA MINING & MANUFACTURING COMPANY | ) ) ) | |

_____FILED  _____ENTERED
_____LODGED _____RECEIVED

AUG - 9 2000

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____ DEPUTY

Plaintiffs' motion for enlargement of time to serve their opposition to Defendant's motion for summary judgment came before the Court, and upon review the Court grants Plaintiffs' motion.

IT IS HEREBY ORDERED, the Plaintiffs will have one additional month to serve their opposition to Defendant's motion for summary judgment.

DATED this _8th_ day of August, 2000.

_____

SUBMITTED BY:

**ASHCRAFT & GEREL, LLP**
**HUGO & POLLACK, LLP**


_____
**WILLIAM MULRONEY**
ASHCRAFT & GEREL, LLP
10 East Baltimore St. Suite 1212
Baltimore, Maryland 21202
Phone: 410-539-1122

-and-

**MICHAEL R. HUGO, ESQ.**
**SAMUEL M. POLLACK, ESQ.**
**STANLEY D. HELINSKI, ESQ.**
HUGO & POLLACK, LLP
440 Commercial Street
Boston, Massachusetts 02109

2