IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SUZANNE CHRISTIAN | : |
| v. | : Civil Action No. DKC 98-371 |
| MINNESOTA MINING & MANUFACTURING COMPANY | : |
| | |
| JOAN HARRIS | : |
| v. | : Civil Action No. S 97-3107 |
| MINNESOTA MINING & MANUFACTURING COMPANY | : |
| | |
| MARY BYWATER | : |
| v. | : Civil Action No. AW 97-3887 |
| MINNESOTA MINING & MANUFACTURING COMPANY | : |
| | |
| BRENDA STRICKLAND | : |
| v. | : Civil Action No. PJM 97-3791 |
| MINNESOTA MINING & MANUFACTURING COMPANY | : |

**O R D E R**

In accordance with the accompanying Memorandum Opinion, IT IS this 9th day of January, 2001, by the United States District Court for the District of Maryland, ORDERED that:

1. Defendant's motion for summary judgment BE, and the same hereby IS, GRANTED;

2. JUDGMENT BE, and the same hereby IS, ENTERED in favor of Defendant, MINNESOTA MINING & MANUFACTURING COMPANY, and against Plaintiffs, SUZANNE CHRISTIAN, JOAN HARRIS, MARY BYWATER, and BRENDA STRICKLAND;

3. The Clerk is directed to transmit a copy of this Order and the accompanying Memorandum Opinion to Judges Smalkin, Williams, and Messitte, and to counsel in all four civil actions and to CLOSE these cases.

                                                                  /s/ Deborah K. Chasanow
DEBORAH K. CHASANOW
United States District Judge